Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DARRELL EDWARD WILSON, <br><br> Defendant. | CASE NO.   MJ24-641 <br><br> COMPLAINT for VIOLATION <br><br> 18 U.S.C. Section 922(g)(1) |

BEFORE, the Honorable Brian A. Tsuchida, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

**(Unlawful Possession of a Firearm)**

On or about August 15, 2024, in King County, within the Western District of Washington, DARRELL EDWARD WILSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

Complaint - 1
*United States v. Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a. *Unlawful Possession of a Firearm in the Second Degree,* in King County Superior Court, under cause number 16-1-07737-1 KNT, dated on or about August 18, 2017;

b. *Forgery,* in Pierce County Superior Court, under cause number 18-1-04780-5, dated on or about April 11, 2019;

c. *Assault in the Third Degree,* in Pierce County Superior Court, under cause number 18-1-04780-5, dated on or about April 11, 2019; and

d. *Bail Jumping,* in King County Superior Court, under cause number 18-1-01226-7 KNT, dated on or about September 27, 2019;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a .45 caliber Ruger P90 handgun, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information:

I, Nathan Petrulak, being first duly sworn on oath, depose and say:

**INTRODUCTION**

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed since March 6, 2018. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am currently assigned to the Seattle Field Division in Seattle, Washington where I am assigned to the Seattle Field Office.

2. I received formal training in the Federal Law Enforcement Training Center in Glynco, Georgia, Criminal Investigators Training Program, which familiarized me with basic narcotic investigations, drug identification and detection, United States narcotics laws, financial investigations and money laundering, identification and seizure

Complaint - 2
*United States v. Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

of drug-related assets, organized crime investigations, physical and electronic surveillance, and undercover operations. In addition, I successfully completed a fifteen-week ATF Special Agent Basic Training course in Glynco, Georgia, which included comprehensive, formalized instruction in, among other things: firearms identification, firearms trafficking, arson and explosives, and tobacco and alcohol diversion. I am a graduate of Point Park University where I obtained a Master's degree in Business Administration in 2014. Additionally, I am a graduate of the University of Pittsburgh where I received a Bachelor of Science in Biological Sciences in 2010.

3. As noted above, I am responsible for investigations involving specified unlawful activities, to include violent crimes involving firearms that occur in the Western District of Washington. I am also responsible for enforcing federal firearms and explosives laws and related statutes in the Western District of Washington. I received training on the proper investigative techniques for these violations, including the identification of firearms and the location of the firearms' manufacture. I have actively participated in investigations of criminal activity, including but not limited to crimes against persons, crimes against property, narcotics-related crimes, and crimes involving the possession and use, theft, or transfer of firearms. During these investigations, I have also participated in the execution of search warrants and the seizure of evidence indicating the commission of criminal violations.

4. The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers; the review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience.

Complaint - 3
*United States v. Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact that I, or others, have learned during the course of this investigation.

## SUMMARY OF PROBABLE CAUSE

**A.  DARRELL EDWARD WILSON's Criminal History**

6. I have reviewed court and law enforcement records related to DARRELL EDWARD WILSON's criminal history. I have determined that WILSON has been convicted of multiple felonies including, *Unlawful Possession of a Firearm in the Second Degree,* in King County Superior Court, under cause number 16-1-07737-1 KNT, dated on or about August 18, 2017; *Forgery,* in Pierce County Superior Court, under cause number 18-1-04780-5, dated on or about April 11, 2019; *Assault in the Third Degree,* in Pierce County Superior Court, under cause number 18-1-04780-5, dated on or about April 11, 2019; and *Bail Jumping,* in King County Superior Court, under cause number 18-1-01226-7 KNT, dated on or about September 27, 2019.

**B.  WILSON's Arrest**

7. On August 15, 2024, at about 8:05 in the morning, Kent Police Department Officer Wong was on routine patrol when he observed a white sedan parked in the bike lane near the intersection of South 259th Place and Military Road South, in King County, within the Western District of Washington.

8. Officer Wong pulled his marked patrol car behind the white sedan. As Officer Wong approached the sedan, he saw it was occupied by only the driver, later identified as DARRELL EDWARD WILSON, who appeared to be asleep in an unnatural position. Officer Wong recognized the sedan's engine was on, and he could feel warmth coming from the exhaust of the vehicle.

9. Officer Wong's colleague, Officer Holloman, arrived on scene and observed WILSON's sleeping position too. Officer Holloman observed a plastic straw on the floorboard of the vehicle, which he recognized as a "tooter," a device commonly used

Complaint - 4
*United States v. Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to smoke controlled substances. The officers believed WILSON may have been under the influence of a substance.

10. According to Department of Licensing (DOL) information, the sedan was registered to WILSON. Dispatch provided a DOL photograph of WILSON to the patrol officers, which the officers used to identify the driver as WILSON.

11. Based on the position of the vehicle, which was still running, and their observations of WILSON as well as the presence of a device used to consume controlled substances, WILSON was placed under arrest for Physical Control of a Motor Vehicle while Under the Influence.

12. As officers were removing WILSON from the driver's seat, Officer Wong observed a part of what appeared to be a pistol under the driver's seat.

13. Officers advised WILSON of his constitutional rights, which he stated he understood. WILSON agreed to speak with Officer Holloman. WILSON said he had just smoked fentanyl and methamphetamine after he parked his vehicle on the side of the road. He said he did not know how long he had been parked there. WILSON also said he was a felon and that he knew he was not allowed to possess firearms, but he possessed the firearm for his protection. He further said he purchased the firearm "off the street."

14. An officer applied for a search warrant to search the sedan WILSON was found in for narcotics and the firearm. A King County Superior Court judge approved the search warrant on August 16, 2024.

15. Upon serving the warrant on the sedan, officers recovered about 500 blue pills, suspected to contain fentanyl; about 16 grams of suspected methamphetamine, which was field tested and presumptively positive for methamphetamine; about 12 grams of suspected cocaine, which was field tested and presumptively positive for cocaine, empty plastic baggies, a small scale, and a .45 caliber Ruger P90. The Ruger had a round chambered with additional rounds in the attached magazine. A photograph of the Ruger is pasted below.

Complaint - 5
*United States v. Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

16. While completing the search of the sedan, officers also located a Kevlar body armor vest in the sedan's trunk. Written on the vest were various words including "Ready 4 War," "Two Guns!" "I Wont [sic] Miss!" and "LOCC," which I know from my training and experience is a reference to a high-ranking Crip gang member. A photograph of the body armor vest is pasted below.



Complaint - 6
*United States v. Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

17. Officers also located what appeared to be five apparent improvised explosive devices. An addendum to the initial search warrant was obtained, authorizing seizure of these items as well. Bureau of Alcohol, Tobacco, Firearms, and Explosives agents were called to render the apparent improvised explosive devices safe.

18. On or about October 4, 2024, ATF SA Kit Radosevich, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, examined photographs of the handgun removed from WILSON's vehicle on August 15, 2024. SA Radosevich provided a preliminary determination that the handgun was not manufactured in Washington State. Based upon her experience, knowledge, and research, she opined that the handgun recovered from WILSON's vehicle on August 15, 2024, meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). Furthermore, it is SA Radosevich's opinion that, because the handgun was not manufactured in Washington State, it therefore must have traveled in, and thereby affected, interstate commerce if it was received or possessed in Washington State.

//
//
//

Complaint - 7
*United States v. Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

19. Based on the foregoing, I respectfully submit that there is probable cause to believe that DARRELL EDWARD WILSON committed the offense alleged in this Complaint.

NATHAN PETRULAK
Digitally signed by NATHAN PETRULAK
Date: 2024.10.04 14:39:43 -07'00'

Nathan Petrulak, Complainant,
Special Agent, ATF

The above-named Special Agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone on this 4th day of October, 2024. Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 4th day of October, 2024.

THE HONORABLE BRIAN A. TSUCHIDA
United States Magistrate Judge

Complaint - 8
*United States v. Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970