Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

February 12, 20 25

Ravi Subramanian, Clerk

By_____, Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>                    v.<br><br>DARRELL EDWARD WILSON,<br><br>                    Defendant. | NO.   **CR25-020 TL**<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about August 15, 2024, in King County, within the Western District of Washington, DARRELL EDWARD WILSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

    i.    *Unlawful Possession of a Firearm in the Second Degree,* in King County Superior Court, under cause number 16-1-07737-1 KNT, dated on or about August 18, 2017;

    ii.    *Forgery,* in Pierce County Superior Court, under cause number 18-1-04780-5, dated on or about April 11, 2019;

Indictment - 1
*United States v. Darrell Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

iii.    *Assault in the Third Degree,* in Pierce County Superior Court, under cause number 18-1-04780-5, dated on or about April 11, 2019; and

iv.    *Bail Jumping,* in King County Superior Court, under cause number 18-1-01226-7 KNT, dated on or about September 27, 2019;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a .45 caliber Ruger P90 handgun, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about August 15, 2024, in King County, within the Western District of Washington, DARRELL EDWARD WILSON did knowingly and intentionally possess, with the intent to distribute, and aid and abet the possession of, with the intent to distribute, controlled substances, namely: N-phenyl-N-[1-(2-phenylethyl )4-piperidinyl] propanamide (fentanyl), methamphetamine, heroin, and cocaine, substances controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about August 15, 2024, in King County, within the Western District of Washington, DARRELL EDWARD WILSON knowingly carried a firearm, that is: a Ruger .45 caliber pistol, during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States: *Possession of a Controlled Substance with Intent to Distribute*, as alleged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Indictment - 2
*United States v. Darrell Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 4

### *(Unlawful Transportation of Explosive Materials)*

On or about August 15, 2024, in King County, within the Western District of Washington, DARRELL EDWARD WILSON did knowingly transport explosive materials without a license, that is: a device measured approximately five inches long and two inches in diameter containing explosive powder and a fuse, a device measured approximately four inches long and one inch in diameter containing explosive powder and a fuse, a device measured approximately four and one-half inches long and one inch in diameter containing explosive powder and a fuse, a device measured approximately two inches long and one inch in diameter containing explosive powder and a fuse, and a device measured approximately three inches long and one inch in diameter containing explosive powder and a fuse.

All in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1-4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of either of the offenses alleged in Counts 1 and 3, DARRELL EDWARD WILSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

Upon conviction of the offense alleged in Count 2, DARRELL EDWARD WILSON shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Indictment - 3
*United States v. Darrell Wilson*
USAO No. 2024R01086

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Upon conviction of the offense alleged in Count 4, DARRELL EDWARD WILSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting or derived from proceeds of the offense, and, pursuant to Title 18, United States Code, Section 844(c), by way of Title 28, United States Code, Section 2461(c), any explosive materials involved, used, or intended to be used in this offense, including but not limited to a device measured approximately 5 inches long and 2 inches in diameter containing explosive powder and a fuse, seized from Defendant on or about August 15, 2024.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or,

    e.  has been commingled with other property which cannot be divided without difficulty;

//

//

Indictment - 4
*United States v. Darrell Wilson*
USAO No. 2024R01086

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: yes

DATED: 2/12/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
BRIAN WYNNE
Assistant United States Attorney

Indictment - 5
*United States v. Darrell Wilson*
USAO No. 2024R01086